*E-FILED: January 3, 2013*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MARCUS BANNON,<br><br>              Plaintiff,<br><br>   vs.<br><br>XO COMMUNICATIONS, INC. a Corporation, and DOES 1-10, inclusive,<br><br>              Defendants. | Case No. **CV 12-03963-HRL**<br><br>~~[PROPOSED]~~ **ORDER GRANTING STIPULATION FOR DISMISSAL**<br><br>State Court Action Filed: June 26, 2012<br>Action Removed: July 27, 2012<br><br>Assigned to the Honorable Howard R. Lloyd |

Pursuant to the stipulation by and between Plaintiff MARCUS BANNON on the one hand, and Defendant XO COMMUNICATIONS SERVICES, INC. on the other hand, this action is dismissed in its entirety and with prejudice. Each party shall bear his/its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: January 3, 2013

Hon. Howard R. Lloyd
United States District Court Magistrate Judge
1
ORDER GRANTING STIPULATION FOR DISMISSAL
DWT 20884212v1 0060350-000036

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899