*E-FILED: January 3, 2013*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MARCUS BANNON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>XO COMMUNICATIONS, INC. a Corporation, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. **CV 12-03963-HRL**<br><br>~~[PROPOSED]~~ **ORDER GRANTING STIPULATION FOR DISMISSAL**<br><br>State Court Action Filed: June 26, 2012<br>Action Removed: July 27, 2012<br><br>Assigned to the Honorable Howard R. Lloyd |

1  Pursuant to the stipulation by and between Plaintiff MARCUS BANNON on the one hand,
2  and Defendant XO COMMUNICATIONS SERVICES, INC. on the other hand, this action is
3  dismissed in its entirety and with prejudice. Each party shall bear his/its own attorneys' fees and
4  costs.

**IT IS SO ORDERED.**

DATED: January 3, 2013

_____
Hon. Howard R. Lloyd
United States District Court Magistrate Judge

ORDER GRANTING STIPULATION FOR DISMISSAL
DWT 20884212v1 0060350-000036

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899