# UNITED STATES DISTRICT COURT

## Northern District of California

Bannon,

    Plaintiff(s),

v.

XO Communications Services, LLP,

    Defendant(s).

No. C 12-03963 HRL MED

**Certification of ADR Session**

*Instructions: The neutral shall submit this Certification to the ADR unit within 14 days after completing an ADR Session even if the ADR process continues. The ADR unit will file the Certification, so do not make ANY additional comments on this page - simply fill in the blanks and check the appropriate boxes.*

1. I hereby certify that the parties in this matter held a Mediation session on (date) December 6, 2012

2. Did the case settle?

   X Yes, fully.

   ☐ Yes, partially, and further facilitated discussions are expected. (see no. 3, below)
   ☐ Yes, partially, and further facilitated discussions are *not* expected.
   ☐ No, and further facilitated discussions are expected. (see no. 3, below)
   ☐ No, and further facilitated discussions are *not* expected.

3. If further facilitated discussions are expected, by what date will you check in with the parties? Not applicable

4. IS THIS ADR PROCESS COMPLETE?   X YES   ☐ NO

Dated: December 26, 2012

**Mediator**, Charles T. C. Compton
Compton Antitrust Law Office
149 Commonwealth Dr.
Suite 1033
Menlo Park, CA 94025